UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PHILIP JOHN SLAZYK, JR.,

        Plaintiff,

                    DECISION AND ORDER
 v.                   14-CV-790A

CAROLYN W. COLVIN, Acting
Commissioner of the
Social Security Administration,

        Defendant.

---

    The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 13, 2016, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 20), recommending that plaintiff's motion for judgment on the pleadings (Dkt. No. 11) be denied, and that the Acting Commissioner's motion for judgment on the pleadings (Dkt. No. 18) be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for judgment on the pleadings is denied, and the Acting Commissioner's motion for similar relief is granted.

   The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   October 26, 2016